| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-4342836** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1775 Hancock Street, Suite 200**<br>**San Diego, CA 92110**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **Pacificseniorliving.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

| Debtor | Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| Debtor | **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

Debtor **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**
<span style="font-size:small">Name</span>

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2025**
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

**Cort Schultz**
Printed name

Title **Associate General Counsel**

**18. Signature of attorney**    X _____
Signature of attorney for debtor

Date **March 24, 2025**
MM / DD / YYYY

**Martin A. Eliopulos, Esq. 149299**
Printed name

**Higgs Fletcher & Mack LLP**
Firm name

**401 West A Street Suite 2600
San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone **(619) 236-1551**    Email address **elio@higgslaw.com**

**149299 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration    Verification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 24, 2025         X _____
                                         Signature of individual signing on behalf of debtor

                                         **Cort Schultz**
                                         Printed name

                                         **Associate General Counsel**
                                         Position or relationship to debtor

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Martin A. Eliopulos, Esq. 149299**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**149299 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.    TOTAL NO. OF CREDITORS: **70**

☐ Conversion filed on _____. See instructions on reverse side.
  ☐ Former Chapter 13 converting. Creditor diskette required.    TOTAL NO. OF CREDITORS: ____
  ☐ Post-petition creditors added. Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **March 24, 2025**

_____
**Cort Schultz/Associate General Counsel**
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Bettie Mosley; Robert Mosley, Jr.; Camille Mosley-Moran
c/o Geraldine Pavlos
Chora Yound & Manasserian LLP
650 Sierra Madre Villa AVE, STE 304
Pasadena, CA 91107

Bettie Mosley; Robert Mosley, Jr.; Camille Mosley-Moran
c/o Victor L. George and Wayne C. Smith
Law Offices of Victor L. George
20355 Hawthorne BLVD., 1st FL
Torrance, CA 90503

Scott Hargis, dba Scott Hargis Photo
c/o John Tehranian, Christopher Skinner, Taylor C. Foss
One LLP
23 Corporate Plaza DR STE 150-10
Newport Beach, CA 92660

Southern Home Care Services, Inc., dba All Ways Caring Homecare, and dba Rescare Homecare
c/o Aleah M. Schutze
Steptoe & Johnson PLLC
700 N. Hurstbourne PKWY, STE 11
Louisville, KY 40222

Southern Home Care Services, Inc., dba All Ways Caring Homecare, and dba Rescare Homecare
c/o Aleah M. Schutze
Steptoe & Johnson PLLC
700 N. Hurstbourne PKWY, STE 115
Louisville, KY 40222

Chatmeter, Inc.
c/o Matthew M. Mahoney and Chares E.H. Gulley
Witham Mahoney & Abbott, LLP
401 B ST, STE 1900
San Diego, CA 92101

Carelinx Inc.
c/o Terence L. Greene, Esq. and Daniel W. Towson, Esq.
Delmore Greene LLP
600 W Broadway, STE 400
San Diego, CA 92101

Angela Covington
c/o Roscoe C. Nelson Jr.
Nelson & Nelson
811 SW Naito PKWY, STE 200
Portland, OR 97204

RCA Laboratory Services, LLC, dba GenetwoRx
c/o Alison K. Riddle
Bean Kinney & Korman, PC
2311 Wilson BLVD, STE 500
Arlington, VA 22201

New Lifestyles INC
c/o Alan L. Brodkin
Alan L. Brodkin & Associates
15500 B Rockfield BLVD
Irvine, CA 92618

New Lifestyles INC
c/o Adam Brumage
The Moore Law Group, APC
PO Box 25145
Santa Ana, CA 92799

Korman, LLC, dba Korman Healthcare Pharm
c/o Veronica L Manolio
Manolio & Firestone, PLC
8686 E. San Alberto DR, STE 200
Scottsdale, AZ 85258

Bettie Mosley
c/o Joseph Chora
650 Sierra Madre Villa, STE 304
Pasadena, CA 91107

California Premier Restoration
22 Lower Ragsdale DR, STE F
Monterey, CA 93940

Renee & Patti Holiday
PO Box 313077
27017 Old Hwy 80
Guatay, CA 91931

Home Helpers of Danville
2415 San Ramon Valley BLVD, STE 4101
San Ramon, CA 94583

Pat Canby
6674 E Duane LN
Scottsdale, AZ 85266

Bobbette Marschik, an individual and as SOI, on behalf of Barbara Aikin, deceased
c/o Kimberly A. Valentine, Joseph F. Fighera, and Travis K. Siegel
Valentine Law Group, APC
26021 Acero
Mission Viejo, CA 92691

Bobbette Marschik, an individual and as SOI, on behalf of Barbara Aikin, deceased
c/o Leslie A. Blozan Esq.
Basich Law Group
1955 W. Glenoaks BLVD
Glendale, CA 91201

Steven Alper
c/o Dave A. Fox, Russell A. Gold, and Brett Norris
Fox Law, APC,
201 Lomas Santa Fe DR, STE 420
Solana Beach, CA 92075

Stacy Bryan, as Personal Representative of the Estate of Sarah Bozeman
c/o Brian C. Guppenberger, Esq.
Your Insurance Attorney, PLLC
2300 Maitland Center PKWY, STE 122
Maitland, FL 32751

Rose Adele Cavanagh
c/o Sean F. Salamati
Salamati Law Firm PC
888 S. Figueroa ST, STE 1030
Los Angeles, CA 90017

Allan Clark
c/o Robert Hamparyan and Jessica T. Wetzel
Hamparyan Personal Injury Lawyers San Diego, APC
275 W Market ST
San Diego, CA 92101

Ruth Clausius, deceased, her personal representative, Karen Knorr
c/o Natalie B. Holm and Nathan G. Batterman
Holm Law Group, PC
171 Saxony RD, STE 203
Encinitas, CA 92024

Lillian Claypool by Successor-in-Interest, Mark Claypool; Mark Claypool, individually
c/o Steven C. Peck and Adam J. Peck
Peck Law Group, APC
6454 Van Nuys BLVD, STE 150
Van Nuys, CA 91401

Odette Milone, as Personal Representative for Pamela Culbertson
c/o Wiliam J. Sarubbi, II
Senior Justice Law Firm
7700 Congress AVE, STE 3216
Boca Raton, FL 33487

Jacqueline Doyle
c/o Richard A. Englemann, Esq., and Ryan Alexander, Esq.
3017 West Charleston BLVD, STE 10
Las Vegas, NV 89102

Estate of Janet Elinskas, by and through Judith Fuller, Executor de son Tort
c/o Carl R. Wilander, Esq.
Mendes, Reins & Wilader, PLLC
4401 W. Kennedy BLVD
Tampa, FL 33609

Gloria Ferrer, by her SOI, Albert Ferrer; Albert Ferrer, Eric Ferrer and Eduardo Ferrer individually
c/o Craig D. Fuler and Jonathon C. Fuller
Fuller Law Group, PC
9565 Waples ST, STE 200
San Diego, CA 92130

Kelley Santillanes, Pers rep Estate of Barbara Fitzpatrick; Kelley Santillanes, on behalf of Barbara Fitzpatrick's
c/o Melanie L. Bossie, Mary Elen Reily, and Donna Oh
Bossie, Reilly & Oh
2801 E. Camelback RD, STE 200
Phoenix, AZ 85016

Alexis Ford
c/o John T. Mobley, Esq.
925 Calhoun ST
Columbia, SC 29201

Suzanne Kiermont, as Attorney-in-Fact of Elizabeth Garren
c/o Brian D. Reddick, John V. O'Grady, and Robert W. Francis
Reddick Law, PLLC
One Information Way, STE 105
Little Rock, AK 72202

Suzanne Kiermont, as Attorney-in-Fact of Elizabeth Garren
c/o Lee L. Coleman
Ron Bell Injury Lawyers
610 7th ST NW
Albuquerque, NM 87102

Domenica Giuliano, by and through Antonio Giuliano, Executor de son Tort
c/o Kyle Dross, Esq.
Mendes, Reins & Wilander, PLLC
PO Box 15637
St. Petersburg, FL 33733

Elizabeth L. Hasenbeck, by and through her POA Diane M. Jordan, et al.
c/o Sergey Dzhedzhera Ashton & PricE, LLP
8243 Greenback LN
Fair Oaks, CA 95628

Mary Ellen Huckins, by her Soi Terri Abbene, Holly Hineson, and Lisa Ross, Terri Abbene, Holly Hineson, and Lisa Ross
c/o Samer Habbas
Law Offices Of Samer Habbas & Associates, Inc., P.C.
200 Spectrum CTR DR, STE 1230
Irvine, CA 92618

Stanley Hurwitz
c/o Steven Ross, Esq.
Downtown L.A. Law Group
910 S. Broadway
Los Angeles, CA 90015

Roger Irle, by and through his GAD, Sherri Pacheco
c/o Matthew C. Clark and Tany D. Alsheikh
Chain Cohn Clark
1731 Chester AVE
Bakersfield, CA 93301

Eric Heyman, as personal rep the estate of Marcia Katz
c/o Michael K. Grife and Catherine C. Darlson
The Grife Law Firm, P.A.
6111 Broken Sound PKWY NW, STE 300
Boca Raton, FL 33487

Manfred Kohn, as personal representative of the estate of Joan Kohn
c/o McFarlane Dolan & Prince
McFarlane Law
210 N. University DR, 6th FL
Coral Springs, FL 33071

Mary Jo Lanahan
c/o Vincent J. Bledsoe and David S. Vassalli
Bighorn Legal Group
74399 HWY 111, STE D
Palm Desert, CA 92260

Kristine Lo, Andrew Louie (decedent)
c/o Adam J. Breeden
Breeden & Associates PLLC
376 Warm Springs RD., STE 120
Las Vegas, NV 89119

Norman Meyer, by and through his personal representative, Ingrid Meyer; Ingrid Meyer, individually; Nora Levene
c/o Randall R. Walton, Redman R. Walton
Walton Law Firm
950 Boardwalk, STE 304
San Marcos, CA 92078

Donnie Miller, personal representative of estate Of James Miller
c/o Law Office of Rebecca Whitney-Smith
121 S 6th ST, STE B
Klamath Falls, OR 97601

Karin Moore. as personal rep for Wayne Douglas Moore, deceased
c/o William A. Dean, B.C.S.
Ford, Dean & Rotundo, P.A.
3323 NE 163rd ST, STE 605
North Miami Beach, FL 33160

Dennis Muphy, personal rep estate of Linda Pertile
c/o Michael P. Jasso
300 Menaul BLVD, NW, STE A PMB 245
Albuquerque, NM 87107-9951

Muriel Peterson, by and through her GAD, Patrick Collins
c/o Susan Y. Kang Gordon
Law Office of Susan Kang Gordon
21 C Orinda WY STE 162
Orinda, CA 94563

Muriel Peterson, by and through her GAD, Patrick Collins
c/o Jennifer Fiore
Fiore Achermann LLP
340 Pine ST, STE 503
San Francisco, CA 94104-3237

Electra Price
c/o Vikranth A. Sunderraj, Esq., Paul M. Colins, Esq.
Tenant Law Group, PC
100 Pine ST, STE 1250
San Francisco, CA 94111-5235

Rosario Scrivano, as trustee the Scrivano family revocable living trust and as successor-in-interest to Joseph Scrivano, deceased
c/o Brian Van Allen, Rewa Ousman
Belgum, Fry & Van Allen LLP
1905 E. RTE 66, STE 102
Glendora, CA 91740

Melanie Seaman, individually; Melanie Seaman as administrator of the estate of Marvin Seaman
c/o Scott L. Poisson, Esq., Ryan Kerbow, Esq.
High Stakes Injury Law
320 S. Jones BLVD
Las Vegas, NV 89107

David Sellers as personal representative of the estate of Gloria Sellers
c/o Scott M. Fischer
Gordon & Partners, P.A.
4114 Northlake BLVD
Palm Beach Gardens, FL 33410

Jean Hillyer Smith, deceased, personal representative of the wrongful death estate, Laurie Buffer
c/o Jeffrey A. Pitman
Pitman, Kalkhoff, Sicula & Dentice, S.C.
1701 Old Pecos TRL, STE B
Santa Fe, NM 87505-4758

Jean Hillyer Smith, deceased, personal representative of the wrongful death estate, Laurie Buffer
c/o Slate J. Stem
Slate Stern PC
1701 Old Pecos TRL
Santa Fe, NM 87505-4758

Ivan Spansel, individually, and as successor in interest to the estate of Eric Spansel, deceased; Kari Allison Franklin
c/o Neil P. Berman
Rucka, O'Boyle, Lombardo & McKenna
245 W Laurel DR
Salinas, CA 93906

Estate of Ruth Rhoda Stone aka Ruth Rhoda Frost, by and through Robert Stewart aka Robert Kingsley Stewart. Personal Representative
c/o Blair N. Mendes, Kyle D. Ross
Mendes, Reins & Wilander, PLLC
4401 W. Kennedy BLVD
Tampa, FL 33609

Joanna Tague Rouffa as personal representative of the estate of Juliana F. Tague, deceased
c/o Nicholas A. Brady, Steve Rawls
The Florida Law Group
407 N Howard AVE, STE 100
Tampa, FL 33606

Amrit Tandon, by and through his power of attorney, Kamila Tandon
c/o Christopher W. Petersen
Lanzone Morgan, LLP
356 Redondo AVE
Long Beach, CA 90814

Carol Tira, by and through her successor in interest, Margaret Wolford; and Margaret Wolford, individually
c/o Gregory L. Johnson, Jody C. Moore, Stephanie A. Johnson
Johnson Moore
100 E. Thousand Oaks BLVD, STE 229
Thousand Oaks, CA 91360

George W. Turner by and through Kim Elaine Schmieder, et al.
c/o Gabriel V. Kory, Teri M. Rowe
Miller Kory Rowe LLP
650 N Third AVE
Phoenix, AZ 85003

Judith E. Ventura, an individual, by and though her GAD/legal-personal representative, James Ventura, Jr.
c/o Wiliam M. Berman, Esq., Harlan J. Zaback, Esq.
Berman & Riedel, LLP
12264 El Camino Real, STE 300
San Diego, CA 92130

David Vetesy, as Executor of the Estate of Suzanne Vetesy
c/o Al Ferrera, Esquire
Morgan & Morgan Tampa P.A.
201 N. Franklin ST, STE 700
Tampa, FL 33602

Lorraine Voros, by and through her duly appointed attorney-in-fact, John Voros
c/o Patrick E. Knie, Matthew W. Shealy
P.O. Box 5159
250 Magnolia ST
Spartanburg, SC 29304

Darren C. Warehime, as personal representative of the estate of Merle D. Warehime, deceased
c/o Barry M. Woodard
11 N. 11th AVE, STE 102
Yakima, WA 98902

Kimberly Johnson, individually, and as SOI of decedent, Donna Wayman
c/o Cory R. Weck, Brynna D. Popka, Zachary S. Simpson
McCune Law Group
3281 E. Guasti RD, STE 100
Ontario, CA 91761

Filomena Cayaban Weaver, by and through her GAD Jeanie Cayaban Alma
c/o Felicia Curran
Law Offices of Felicia C. Curran
1418 Lakeside DR
Oakland, CA 94612

Jannie Williams, individually and as next of kin to Elwood Williams (deceased)
c/o Daniel L. McCrary, Jeffrey Fletterick
McCrary Law Firm, PC
5701 Lonetree BLVD, STE 115
Rocklin, CA 95765

Estate of Catherine Del Brocco. by and through Lynette Baio
c/o Ryan G. Dwyer, Esquire
Senior Justice Law Firm
7700 Congress AVE, STE 3216
Boca Raton, FL 33487

Norma Goldstein
c/o Ramon, Rodriguez & Blanco-Herrera, LLP
Ramon Blanco Herrera Esq.
17S0 Coral WY, Second FL
Miami, FL 33145

Southern Home Care Services, Inc., dba All Ways Caring Homecare, and dba Rescare Homecare
c/o Steptoe & Johnson PLLC
700 N. Hurstbourne PKWY, STE 115
Louisville, KY 40222