MSF
Rev. 06/22

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**
1775 Hancock St., Ste. 200
San Diego, CA 92110

Case number:  25−01107−CL7
Chapter:  7
Judge  Christopher B. Latham

*No Known Aliases*

**Important Notice To (Attorney For) Debtor**
**Notice of Missing Schedule(s), Statement(s) and/or Chapter 13 Plan**

The petition for relief you have filed was missing one or more of the following papers:

**Schedules A/B−J (Form 106A/B−J & 206A/B−G)**
**Statement of Financial Affairs (Form 107 & 207)**
**Summary of Assets and Liabilities and Statistical Information (Form 106Sum & 206Sum)**

Failure to file the missing papers within 14 days following the date the petition was filed *Debtor's Statement of Intention*, if required), or the date a notice or an order converting was entered, will cause your case to be dismissed pursuant to 11 U.S.C. §707(a)(3) without further notice.

Please note that Local Bankruptcy Rule (LBR) 1007−4 and 1009−1 (described below) requires you to serve a copy of any late−filed schedules, statements, and(or) amendments on any trustee and, if a Chapter 11 case, the United States Trustee, and any member of the official creditors committee. Local Form CSD 1099, *Balance of Schedules* and(or) *Chapter 13 Plan,* with proof of service must accompany the originals filed with the Court. Compliance with *Special Requirements for Mailing Addresses*, (Form CSD 1007), is also required.

Unless you have already done so, you must file with the Court a statement setting forth the amount of fees paid or promised to you for services rendered in connection with the filing of this case. A *Disclosure of Compensation of Attorney for Debtor*, (Form CSD 2030), may be obtained from the Court without cost. <u>This Disclosure Statement must be filed with the Court before the date scheduled for the Section 341(a) Meeting.</u>

Dated: 3/25/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

**1007–4. Required Notice When Schedules Are Filed After the Petition Date.**

When filing any lists, statements, or schedules after the Petition Date, the debtor must:

    a. Service. File and serve a Proof of Service of a copy of these Documents on the U.S. Trustee, any interim trustee or trustee, and each member of any committee appointed in the case; and

    b. Notice. Give notice of the Petition Date to any Entity or Individual newly listed in the lists, schedules, and statements. If applicable, this notice must be accompanied by:

        1. a copy of the "*Order for and Notice of Section 341(a) Meeting*";

        2. any "*Discharge of Debt*" or "*Notice of Order Confirming Plan*"; and

        3. in a chapter 13 case, a claim form and the date, time and location of any pending section 341(a) meeting or confirmation hearing currently scheduled.

    c. Form of Notice. When noticing any Entity or Individual not previously named in the original mailing matrix, the debtor must comply with LBR 1007–1

**1009–1. Amendment; Notice.**

Any amendment filed shall substantially conform to Local Form CSD 1100, **Amendment**. Service shall be made in the manner required by LBR 1007–4 and shall substantially conform to Local Form CSD 1101, **Notice to Creditors of the Above–Named Debtor Added by Amendment or Balance of Schedules.**

*Forms may be obtained at the Courthouse or from the Court's website:   www.casb.uscourts.gov*