# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 3/25/2025 |
| Case: 25–01107–CL7 | Form ID: 184 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Martin A. Eliopulos      elio@higgslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC      1775 Hancock St., Ste. 200      San Diego, CA 92110

TOTAL: 1