CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
**Higgs Fletcher & Mack LLP**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**149299 CA**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
325 West F Street, San Diego, California 92101-6991

| In Re | Bankruptcy No. |
| --- | --- |
| **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC** | **25-01107-7** |
| Debtor(s) | |
| | Adversary No. |
| Plaintiff(s) | |
| V. | [add if filed in response to hearing] |
| | Date of Hearing: **0** |
| Defendant(s) | Time of Hearing: |
| | Name of Judge: |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

__Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC__, a
[Name of Corporate Party]

(check one)

■ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s): (check one)

☐ All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

OR

■ There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: __March 24, 2025__

Martin A. Eliopulos, Esq. 149299
Attorney Signature