CSD 1101 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
619.236.1551
619.696.1410
elio@higgslaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC

Debtor(s)

BANKRUPTCY NO. 25-01107-CL7

# NOTICE TO CREDITORS OF THE ABOVED-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in this case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor I may advise you on legal matters.

You are further notified that on __March 24, 2025__, the debtor filed a petition for relief under Chapter _7_, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter _____ of the Code on: _____.]

**As a result of the filing of the petition, you are notified that certain acts and proceedings against the debtor and his estate are stated as provided in 11 U.S.C. § 362(a).**

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

☒ Meeting and/or Hearing pending

☐ Meeting and/or Hearing concluded

☐ Meeting and/or Hearing continued to _____, at _____.m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form 410)

☐ Order Confirming Plan

☐ Other (specify)

Dated: April 24, 2025

Signed: /s/ Martin A. Eliopulos
☐ Debtor ☒ Attorney for Debtor
Martin A. Eliopulos, Esq.

CSD 1101 [12/01/23]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors prior to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with LBR 1007-4 and 1009 are required.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Notice to Creditors of the Above-Named Debtor Added by Amendment** on the following persons listed below by mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 24, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- Martin A. Eliopulos    elio@higgslaw.com; begaym@higgslaw.com
- Lawrence J Hilton    lhilton@onellp.com; lthomas@onellp.com; info@onellp.com; vsoriano@onellp.com; nlichtenberger@onellp.com
- Kevin Ronk    Kevin@portilloronk.com; Karen@cym.law; Attorneys@portilloronk.com
- Daren M Schlecter    daren@schlecterlaw.com

☒ Chapter 7 Trustee:
   Ronald E. Stadtmueller    ecfstadt@aol.com; ecfstadt2@aol.com; res@trustesolutions.net

☒ For Chapter 7, 11, & 12 cases:    ☐ For EVEN numbered Chapter 13 cases:
   UNITED STATES TRUSTEE        MICHAEL KOCH, TRUSTEE
   ustp.region15@usdoj.gov        mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On April 24, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

See Attached Service List

CSD 1101 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   April 24, 2025
              (Date)

MARIE BEGAY     /s/ Marie Begay
(Typed Name and Signature)

401 West A Street, Suite 2600
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

AIA Management Advisors LLC
10752 Deerwood Park BLVD S
Jacksonville, FL 32256

AIA Management Advisors, LLC
10752 Deerwood Park BLVD S 126
Jacksonville, FL 32256

Adrienne Friedman
Michael A. Mandevile, Esq.
2300 Maitland Ctr Pkwy Ste 122
Maitland, FL 32751

AHC of Henderson
1285 E Cactus Ave
Las Vegas, NV 89183

Aida Ruth Carlson
Stipp Law Firm
2333 State ST, STE 101
Carlsbad, CA 92008

Albert Ferrer
c/o Fuller Law Group, P.C.
9565 Waples ST, STE 200
San Diego, CA 92130

Allan Clark
c/o Hamparyan Personal Injury
275 West Market ST
San Diego, CA 92101

Amazon Logistics Inc.
110 N. Orange AVE STE 1200
c/o Wilson Elser
Orlando, FL 32801

AMRIT TANDON
Lanzone Morgan, LLP
356 Redondo AVE
Long Beach, CA 90814

Andrew Louie/Kristine Lo Breeden &
Associates PLLC
376 Warm Springs RD, STE 120
Las Vegas, NV 89119

Angela Covington
Nelson & Nelson
811 SW Naito Parkway, Ste 200
Portland, OR 97204

Anne Licon-Kemper
3 Featherbush CT
Santa Fe, NM 87508

Anne M. Kemper
3 Featherbrush CT
Santa Fe, NM 87508

Anne-Licon Kemper
3 Featherbrush CT
Santa Fe, NM 87508

Antonio Giuliano
Mendes, Reins & Wilander PLLC
PO Box 15637
Saint Petersburg, FL 33733

Apple Valley Payroll
2334 Washington AVE, STE A
Redding, CA 96001

Barbara Aikin, deceased
c/o Valentine Law Group, APC
26021 Acero Mission
Mission Viejo, CA 92691

Barbara Ann Boeff
Wilkes & Associates
3550 Buschwood Park Dr Ste 230
Tampa, FL 33618

Barbara J. Bogoje
26517 Winchester RD
Hemet, CA 92545

Basich Law Group
1955 W. Glenoaks Blvd.
Glendale, CA 91201

Bettie Mosley
Chora Young & Manasserian LLP
650 Sierra Madre Villa AVE 304
Pasadena, CA 91107

Betty Marsman
Richard D. Schuler, Esq.
1615 Forum Place STE 4D
West Palm Beach, FL 33401

Bobbette Marschik
c/o Valentine Law Group, APC
26021 Acero
Mission Viejo, CA 92691

c/o Brodkin & Associates
15500 B Rockfield BLVD
Irvine, CA 92618

Calaroga Terrace
1400 NE 2nd AVE
Portland, OR 97232

California Premier Restoration
22 Lower Ragsdale DR STE F
Monterey, CA 93940

Camille Mosley-Moran
Chora Young & Manasserian LLP
650 Sierra Madre Villa AVE 304
Pasadena, CA 91107

Carelinx, Inc.
c/o Delmore Green
600 West Broadway, STE 400
San Diego, CA 92101

Carolyn Kemp
Kafoury & McDougal Lawyers
411 SW 2nd AVE, STE 200
Portland, OR 97204

Chatmeter, Inc.
Witham Mahoney & Abbott, LLP
401 B St, Ste 1900
San Diego, CA 92101

Cinthya Gamino
588 2nd ST W
Sonoma, CA 95476

Cristina Miller
1974 Beckett CT
San Jacinto, CA 92583

David Sellers pers rep G.Sell
Gordon & Partners, P.A.
4114 Northlake BLVD
Palm Beach Gardens, FL 33410

Dawn Luperena
675 W Oakland AVE, Unit C11
Hemet, CA 92543

Dawn Precopio, M.C.D.
225 S Elk ST Space 67
Hemet, CA 92543

Deanna Badgley
41376 Torrey Pine CT
Moreno Valley, CA 92554

Deepak Israni
1775 Hancock ST, STE 200
San Diego, CA 92110

Deepak Israni
1775 Hancock Street, STE 200
San Diego, CA 92110

Dennis Murphy Estate Linda P.
Michael P. Jasso, Esq.
300 Menaul Blvd. NW, Suite A
Albuquerque, NM 87107-9951

Diane M. Jordan
Ashton & Price, LLP
8243 Greenback LN
Fair Oaks, CA 95628

DOE Devin

DOE Efleda

DOE Patricia

Domenica Giuliano
Mendes, Reins & Wilander PLLC
PO BOX 15637
Saint Petersburg, FL 33733

Donnie Miller Est J Miller Rebecca
Whitney-Smith, Esq.
121 South 6th ST, STE B
Klamath Falls, OR 97601

Douglas Love
c/o Pacifica SL Fort Myers
9461 Healthpark CIR
Fort Myers, FL 33908

Eduardo Ferrer
c/o Fuller Law Group, P.C.
9565 Waples ST, STE 200
San Diego, CA 92130

Elaine Dale Howard
2675 N Wyatt DR
Tucson, AZ 85712

Electra Price
Tenant Law Group, PC
100 Pine Street, Suite 1250
San Francisco, CA 94111

Elizabeth Garren
c/o Reddick Law, PLLC
One Information Way, STE 105
Little Rock, AR 72202

Elizabeth L. Hasenbeck
Ashton & Price, LLP
8243 Greenback LN
Fair Oaks, CA 95628

Elizabeth Zeh
c/o Dawn Nanfito
4014 N. 26th ST
Tacoma, WA 98407

Eric Ferrer
c/o Fuller Law Group, P.C.
9565 Waples ST, STE 200
San Diego, CA 92130

Eric Heyman Est of Marcia Katz
The Grife Law Firm, P.A.
6111 Broken Sound PKWY NW 300
Boca Raton, FL 33487

Eric Heyman, personal rep.
The Grife Law Firm, P.A.
6111 Broken Sound PKWY NW 300
Bacon Raton, FL 33487

Erika Hampe
c/o JML Law
5855 Topanga Cnyn BLVD, STE 300
Woodland Hills, CA 91367

Estate of Jerry Francis Ryan
Dubin Law Office
PO Box 30947
Seattle, WA 98113

Estate of Sarah Bozeman
c/o Brian C. Guppenberger, Esq
2300 Maitland Center PKWY 122
Maitland, FL 32751

Etairos Health, Inc.
2708 US-19 ALT STE 501
Palm Harbor, FL 34683

Evelyn E. Escanuelas
Aegis Law Firm
9811 Irvine Center DR STE 100
Irvine, CA 92618

Evelyn Smith
Ford Dean & Rotundo P.A.
3323 N.E. 163 ST, STE 60
North Miami Beach, FL 33160

Ext Care Portfolio Fla LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Ext Care Portfolio Fla Tenant
1775 Hancock ST, STE 200
San Diego, CA 92110

Ext Care Portfolio Florida LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Ext Care Portfolio Tenant LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Extd C Portfolio FL Tenant LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Extended Care Portfolio Florida Tenant
1775 Hancock ST, STE 200
San Diego, CA 92110

Extended Care Portfolio FL LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Extended Care Portfolio Florid
1775 Hancock ST, STE 200
San Diego, CA 92110

Extended Care Portfolio Tenant
1775 Hancock ST, STE 200
San Diego, CA 92110

Extended Care Portfolio Tenant
300 W Clarendon AVE 230
Phoenix, AZ 85013

Filomena Cayaban Weaver
Law Off of Felicia C. Curran
1418 Lakeside DR
Oakland, CA 94612

Fiore Achermann LLP
340 Pine ST, STE 503
San Francisco, CA 94104

Gabrielle Earnest
Aegis Law Firm
9811 Irvine Center DR STE 100
Irvine, CA 92618

George W. Turner
Miller Kory Rowe LLP
650 North Third AVE
Phoenix, AZ 85003

Gloria Ferrer
Fuller Law Group, P.C.
9565 Waples ST, STE 200
San Diego, CA 92130

Gordon Rees Scully Mansukhani
101 W Broadway UNIT 2000
San Diego, CA 92101

Heidi Renner
Karyn Scheurman Kohn Law, P.A.
3004 West Cypress ST
Tampa, FL 33609

Holly Hineson
Samer Habbas & Associates, Inc
200 Spectrum CTR DR STE 1230
Irvine, CA 92618

Hollywood Hills Senior Living
1745 N. Gramercy PL
Los Angeles, CA 90028

Home Helpers of Danville
2415 San Ramon Valley BLVD 4101
San Ramon, CA 94583

Ivan Spansel
Rucka, O'Boyle, Lombardo & McK
245 West Laurel DR
Salinas, CA 93906

Ivan Spansel Estate Eric S.
Rucka, O'Boyle, Lombardo & McK
245 West Laurel DR
Salinas, CA 93906

Jacqueline Doyle
c/o Richard A. Englemann, Esq
3017 W Charleston Bd Ste 101
Las Vegas, NV 89102

James Bates
Mendes, Reins & Wilander
4401 W. Kennedy Blvd. Ste 250
Tampa, FL 33609

Janie Smith
Mallard & Sharp, P.A.
7685 S.W. 104th ST STE 200
Miami, FL 33156

Jannie Williams, soi Elwood Wi
McCrary Law Firm, PC
5701 Lonetree BLVD, STE 115
Rocklin, CA 95765

Jean Hillyer Smith
Pitman, Kalkhoff, Sicula & Den
1701 Old Pecos Trail, STE B
Santa Fe, NM 87505

Jeffrey Howard Findel
Tasha M. Somarriba, Esq.
2601 S Bayshore DR 5th FL
Miami, FL 33133

Jennifer M. Kennedy G. Alesia J.
Cogburn Law -Injury Lawyers
2580 St. Rose PKWY STE 330
Henderson, NV 89074

Jennifer Trento, C.R.D.
4314 Harbor CT
Hemet, CA 92545

Jessica Sanchez
Mills Sadat Dowlat LLP
333 South Hope ST, 40th FL
Los Angeles, CA 90071

Joanna Tague Rouffa J.Tague
The Florida Law Group
N Howard AVE 100
Tampa, FL 33606

Judith Fuller Est J. Elinskas
c/o Mendes, Reins & Wilader
4401 W Kennedy BLVD
Tampa, FL 33609

Judith Fuller, Executor
c/o Mendes, Reins & Wilader
4401 W Kennedy BLVD
Tampa, FL 33609

Karen Knorr Persrep R.Clausius
c/o Holm Law Group, PC
171 Saxony Road, STE 203
Encinitas, CA 92024

Kari Allison Franklin
Rucka, O'Boyle, Lombardo & McK
245 West Laurel DR Salinas
Salinas, CA 93906

Kathleen Raymond

Kaufman & Canoles, P.C.
Attn: Clark J. Belote, Esq.
150 W. Main ST, STE 2100
Norfolk, VA 23510

Keisha Ward Est Sheilabenjamin
The Cohchran Firm
301 W. Bay ST, STE 1428
Jacksonville, FL 32202

Kelley Santillanes, pers. rep.
c/o Bossie, Reilly & Oh
2801 E. Camelback RD, STE 200
Phoenix, AZ 85016

Kelly Santillanes /Fitzpatrick
c/o Bossie, Reilly & Oh
2801 E. Camelback RD, STE 200
Phoenix, AZ 85016

Kimberly Johnson
Donna Wayman McCune Law Group
3281 E. Guasti RD, STE 100
Ontario, CA 91761

Korman, LLC
c/o Manolio & Firestone, PLC
8686 E. San Alberto DR STE 200
Scottsdale, AZ 85258

Lacey Earnst
724 Parkside DR
Santa Rosa, CA 95404

Lewis Brisbois Bisgaard & Smit
633 West 5th ST STE 4000
Los Angeles, CA 90071

Lillian Claypool
c/o Peck Law Group, APC
6454 Van Nuys BLVD, STE 150
Van Nuys, CA 91401

Linda Boatman
Michael Mandeville, Esq.
2300 Maitland CTR PKWY STE 122
Maitland, FL 32751

Lisa Ross
Samer Habbas & Associates, Inc
200 Spectrum CTR DR STE 1230
Irvine, CA 92618

Lynette Baio Est of Del Brocco
Senior Justice Law Firm
7700 Congress AVE STE 321
Boca Raton, FL 33487

Madison Tower
1319 N Madison ST
Stockton, CA 95202

Manfred Kohn Est of Joan Kohn
McFarlane Law
210 N. University DR 6th FL
Pompano Beach, FL 33071

Manfred Kohn, Per. Rep
McFarlane Law
210 N. University DR 6th FL
Pompano Beach, FL 33071

Marc Facia
29629 Camino Crystal
Menifee, CA 92584

Marcia Cortese
Miguel Ubiles, Esq
2300 Maitland Ctr Pkwy Ste 122
Maitland, FL 32751

Margaret Oakley
Bossie Reilly & Oh
1430 E Missouri AVE STE 13225
Phoenix, AZ 85014

Margaret Wolford
Johnson Moore
100 E. Thousand Oaks Blvd 229
Thousand Oaks, CA 91360

Margaret Wolford
Carol Tira
Johnson Moore
100 E. Thousand Oaks BLVD 229
Thousand Oaks, CA 91360

Marilyn L. Zamora
Aegis Law Firm
9811 Irvine Center DR STE 100
Irvine, CA 92618

Mark Claypool
c/o Peck Law Group, APC
6454 Van Nuys BLVD, STE 150
Van Nuys, CA 91401

Mary Ellen Huckins
Samer Habbas & Associates, Inc
200 Spectrum CTR DR STE 1230
Irvine, CA 92618

Mary Jo Lanahan
Bighorn Legal Group
74399 HWY 111, STE D
Palm Desert, CA 92260

Melanie Seaman
High Stakes Injury Law
320 S. Jones BLVD
Las Vegas, NV 89107

Melanie Seaman Est M. Seaman
High Stakes Injury Law
320 S. Jones BLVD
Las Vegas, NV 89107

Meridian at Lantana
3061 Donnelly DR
Hillsborough, NH 03346-2000

Meridian at Stone Creek
1111 S. 376th ST
Milton, WA 98354

Muriel Peterson
Law Office of Susan Kang Gordon
21 C Orinda Way 162
Orinda, CA 94563

New Lifestyles Inc
Moore Law Group APC
PO Box 25145
Santa Ana, CA 92799

New Lifestyles Inc
c/o Brodkin & Associates
15500 B Rockfield BLVD
Irvine, CA 92618

Norman Dickinson
Bossie Reilly & Oh
1430 E Missouri Ave Ste 13225
Phoenix, AZ 85014

Odette Milone
c/o Senior Justice Law Firm
7700 Congress AVE, STE 3216
Boca Raton, FL 33487

Odette Milone es Pam Culbertson
c/o Senior Justice Law Firm
7700 Congress Ave., Suite 3216
Boca Raton, FL 33487

Oliver Anchors
Joshua A. Machlus, Esq.
300 Maitland Ceiter Pkwy 122
Maitland, FL 32751

PAC SL Grove Inc.
725 Grove ST
Healdsburg, CA 95448

Pacific Union City LLC
33883 Alvarado-Niles RD
Union City, CA 94587

Pacifica Bakersfield LP
3209 Brookside DR
Bakersfield, CA 93311

Pacifica Bakersfield, LP
3209 Brookside DR
Bakersfield, CA 93311

Pacifica Belleair LLC
620 Belleair RD
Clearwater, FL 33756

Pacifica BG Mabry LLC
16702 N Dale Mabry HWY
Tampa, FL 33618

Pacifica BG Mabry LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica CA LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica CA, LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Companies LLC
1775 Hancock ST STE 200
San Diego, CA 92110

Pacifica Companies LLC
1775 Hancock ST 200
San Diego, CA 92110

Pacifica Companies LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Companies, LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Cottages, LLC
2620 Robindale RD
Henderson, NV 89074

Pacifica Daly 2 LP
501 King DR
Daly City, CA 94015

Pacifica Daly 2 LP
501 King DR
Daly City, CA 94051

Pacifica East Lake, LLC
760 E. Bobier DR
Vista, CA 92084

Pacifica L 21 LLC
1775 Hancock ST 200
San Diego, CA 92110

Pacifica Lauderhill LLC
155 Office Plaza DR
Tallahassee, FL 32301

Pacifica Lauderhill, LLC
5500 NW 69th AVE
Fort Lauderdale, FL 33319

Pacifica Management, LLC
15243 Columbus Square
Tustin, CA 92782

Pacifica Northridge LP
Pacifica SL Northridge
8700 Lindley AVE
Northridge, CA 91325

Pacifica Oakland, LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Rosemont LLC
2961 Galisteo RD
Santa Fe, NM 87505

Pacifica Rosemont LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Rosemont LLC Paracorp
1012 Marquez PL STE 106B
Santa Fe, NM 87505

Pacifica Senior Living LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica Senior Living Vista
760 E. Bobier DR
Vista, CA 92084

Pacifica SL Bakersfield LP
3209 Brookside DR
Bakersfield, CA 93311

Pacifica SL Belleair
4201 Springtree DR Sunrise
Fort Lauderdale, FL 33351

Pacifica SL Belleair
620 Belleair RD
Clearwater, FL 33756

Pacifica SL Belleair
620 Belleair RD
Clearwater, FL 33756

Pacifica SL Forest Trace
5500 NW 69th AVE
Fort Lauderdale, FL 33319

Pacifica SL Grove Street LP
725 Grove ST
Healdsburg, CA 95448

Pacifica SL Hemet LLC
1177 S. Palm AVE
Hemet, CA 92543

Pacifica SL Hemet LLC
1177 S Palm AVE
Hemet, CA 92543

Pacifica SL Hemet, LLC
1177 S. Palm AVE
Hemet, CA 92543

Pacifica SL Klamath Falls LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica SL Lantana LLC
3061 Donnely DR
Lantana, FL 33462

Pacifica SL Lantana, LLC
3061 Donnelly DR
Lake Worth, FL 33462

Pacifica SL Modesto
2325 St Pauls Way
Modesto, CA 95355

Pacifica SL Ocala
11311 SW 95th CIR
Ocala, FL 34481

Pacifica SL of Belleair
620 Belleair RD
Clearwater, FL 33756

Pacifica SL of Palm Beach
4760 Jog RD
Lake Worth, FL 33467

Pacifica SL Palm Beach
4760 Jog RD
Greenacres, FL 33467

Pacifica SL Palm Springs LLC
1780 E Baristo RD
Palm Springs, CA 92262

Pacifica SL Penasquitos LP
1775 Hancock ST, STE 200
San Diego, CA 92110

Pacifica SL Phoenix, LLC
17207 North Boswell BLVD
Sun City, AZ 85373

Pacifica SL Santa Clarita
24305 Lyons AVE
Newhall, CA 91321

Pacifica SL Scottsdale LLC
Paracorp Inc
8825 N 23rd AVE
Phoenix, AZ 85021

Pacifica SL Sunrise
4201 Springtree DR
Fort Lauderdale, FL 33351

Pacifica SL Vacaville
431 Nut Tree RD
Vacaville, CA 95687

Pacifica SL Wyndham Lakes
10660 Old Saint Augustine RD
Jacksonville, FL 32257

Pacifica Somerfield LLC
8700 Lindley AVE
Northridge, CA 91325

Pacifica Spring Valley LLC
8880 W Tropicana AVE
Las Vegas, NV 89147

Pacifica SR LVG Klamath Falls
2130 N Eldorado AVE
Klamath Falls, OR 97601

Pacifica SR LVG of Palm Beach
4760 S Jog RD
Lake Worth, FL 33467

Pacifica Union City, LLC
33883 Alvarado-Niles RD
Union City, CA 94587

Pacifica Union City, LLC & LLP
33883 Alvarado-Niles RD
Union City, CA 94587

Pacifica Valley Crest LP
18524 Corwin RD
Apple Valley, CA 92307

Paracorp, Inc.
2804 Gateway Oaks DR #100
Sacramento, CA 95833

Pat Canby
6674 E Duane LN
Scottsdale, AZ 85266

Paul Markovich
924 Crest View RD
Vista, CA 92081

Penasquitos LP
1775 Hancock ST, STE 200
San Diego, CA 92110

Penasquitos, LP
1775 Hancock ST, STE 200
San Diego, CA 92110

Prince Milton, M.D.
41945 Orange Blossom LN APT A
Hemet, CA 92544

RCA Laboratory Services, LLC
c/o Kinney & Korman, PC
2311 Wilson BLVD, STE 500
Arlington, VA 22201

Rebecca Weitzel
1436 Adams CIR E,
Largo, FL 33771

Regina B. Newby
1655 S. Highland AVE
Clearwater, FL 33756

Richard Kurtti
Ford Dean & Rotundo, P.A.
163 ST, STE 605
North Miami Beach, FL 33160

Robert Bass
William Finn, Esq.
300 Maitland CTR PKWY 122
Maitland, FL 32751

Robert L. Mosley
Chora Young & Manasserian LLP
650 Sierra Madre Villa AVE 304
Pasadena, CA 91107

Robert Mosley, Jr.
Chora Young & Manasserian LLP
650 Sierra Madre Villa AVE 304
Pasadena, CA 91107

Robert Stewart Est Ruth Stone
Mendes, Reins & Wilander, PLLC
4401 W. Kennedy BLVD
Tampa, FL 33609

Roger Irle
Chain Cohn Clark
1731 Chester AVE
Bakersfield, CA 93301

Ron Bell Injury Lawyers
610 7th Street NW
Albuquerque, NM 87102

Rose Adele Cavanagh
c/o Salamat I Law Firm PC
888 S. Figueroa ST, STE 103
Los Angeles, CA 90017

Ruth Clausius, deceased
c/o Holm Law Group, PC
171 Saxony RD, STE 203
Encinitas, CA 92024

Sandra Bobo
Berg Injury Lawyers
1317 Oakdale RD, STE 500
Modesto, CA 95355

Scott Hargis
One LLP
23 Corp, Plaza DR, STE 150-105
Newport Beach, CA 92660

Senior Living Portfolio LLC
2140 S Dupont HWY
Camden, DE 19934

Sharif Tyler D.S.D.
31961 Harden ST
Menifee, CA 92584

Sherri Pacheco, Guardian Ad Lit
Chain Cohn Clark
1731 Chester AVE
Bakersfield, CA 93301

Slate Stern PC
1701 Old Pecos Trail
Santa Fe, NM 87505

Southern Home Care Serv, Inc.
Steptoe & Johnson PLLC
700 N. Hurstbourne PKWY 115
Louisville, KY 40222

Southern Home Care Serv, Inc.
700 N. Hurstbourne PKWY 115
Louisville, KY 40222

Stacy Bryan est Sarah Bozeman
c/o Brian C. Guppenberger, Esq
2300 Maitland Center PKWY 122
Maitland, FL 32751

Steven Alper
c/o Fox Law, APC
201 Lomas Santa Fe DR, S420
Solana Beach, CA 92075

Sun City Gardens Assisted Lvg
28599 Bradley RD
Sun City, CA 92586

Sun City Senior Living
3855 Upper Creek DR
Sun City Center, FL 33573

Sunrise Senior Living Mgt Inc
7902 Westpark DR
Mc Lean, VA 22102

Susan Rueben Geraldine Bussey
Kohn Law P.A.
3004 West Cypress RD
Tampa, FL 33609

Suzanne Kiermont AIF E. Garren
Reddick Law, PLLC
One Information WAY, STE 105
Little Rock, AR 72202

Sylvia Rheaume
Senior Justice Law Firm
7700 Congress AVE STE 3216
Boca Raton, FL 33487

Tampa Gardens Senior Living
16702 N Dale Mabry HWY
Tampa, FL 33618

Tampa Gardens Senior Living
1775 Hancock ST, STE 200
San Diego, CA 92110

Terri Abbene
Samer Habbas & Associates, Inc
200 Spectrum CTR DR STE 1230
Irvine, CA 92618

The Meridian at Lantana
3061 Donnely DR
Lantana, FL 33462

The Moore Law Group, APC
PO Box 25145
Santa Ana, CA 92799

The Woodmark at Sun City
17207 N Boswell BLVD
Sun City, AZ 85373

Thomas T Ira

Tracy Mease
2931 Magowan DR
Santa Rosa, CA 95405

Tranquil Hospice Care
C/O Kjar, McKenna & Stockalper
841 Apollo ST, STE100
El Segundo, CA 90245

Trion Solutions I, Inc.
888 W. Big Beaver RD
Troy, MI 48084

Victor L. George
20355 Hawthorne BLVD, 1st FL
Torrance, CA 90503

Virginia Porcelo
Netska Law Group
1314 E Las Olas BLVD, STE 2356
Fort Lauderdale, FL 33301

W Lyons LLC
1775 Hancock ST, STE 200
San Diego, CA 92110

Welltower Opco Group, LLC
4500 Dorr ST
Toledo, OH 43615

Wendy Piatt
Sweet James LLP
4220 Von Karman AVE STE 200
Newport Beach, CA 92660

Yolanda Garcia, R.N.
14630 Vasco WAY
Moreno Valley, CA 92555

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC <br> Name | EIN: 26-4342836 | |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: | 7   3/24/25 |
| Case number: | 25-01107-CL7 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline        12/15/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 1775 Hancock St., Ste. 200 <br> San Diego, CA 92110 | |
| 4. | **Debtor's attorney** <br> Name and address | Martin A. Eliopulos <br> Higgs, Fletcher & Mack LLP <br> 401 West A Street, Suite 2600 <br> San Diego, CA 92101 | Contact phone (619) 236-1551 <br> Email elio@higgslaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronald E. Stadtmueller <br> 10755 Scripps Poway Pkwy., #370 <br> San Diego, CA 92131 | Contact phone 858-564-9310 <br> Email: ecfstadt@aol.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse <br> 325 West F Street <br> San Diego, CA 92101-6991 | Hours open <br> 8:30am - 4:30pm <br><br> Contact phone 619-557-5620 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | April 29, 2025 at 09:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 737 126 5977, and, Passcode 1742013631, OR, call (619) 367-5047** <br><br> For additional meeting information go to www.justice.gov/ust/moc |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**  page **1**

Debtor **Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**

Case number **25-01107-CL7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 3/24/25, the following person is named Interim Trustee of the estate of the debtor:

Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

## TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Trustee Guidelines and Additional Requirements are available on the internet at:

http://www.casb.uscourts.gov/trusteeguidelines

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal may occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619-557-5013.

page 2

For the Court:

Mark Schnakenberg, Clerk
United States Bankruptcy Court
Southern District of California

Dated: 3/25/25