521
04/07

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC**
 1775 Hancock St., Ste. 200
San Diego, CA 92110

*No Known Aliases*

Case number:  25−01107−CL7
Chapter:  7
Judge  Christopher B. Latham

## Notice of Debtor's Failure to Provide Income Tax Return

The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A) and has not timely provided the required income tax return to the trustee within seven (7) days before the date first set for the first meeting of creditors. Failure to comply with the above requirement may result in dismissal without further notice.

Dated: 4/25/25

Mark Schnakenberg
Clerk of the Bankruptcy Court