## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 4/25/2025 |
| Case: 25–01107–CL7 | Form ID: 521 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

tr          Ronald E. Stadtmueller      ecfstadt@aol.com
aty        Martin A. Eliopulos        elio@higgslaw.com

                                                                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC     1775 Hancock St., Ste. 200     San Diego, CA 92110

                                                                                                                                                                                 TOTAL: 1