CSD 1160 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Mary R. Robberson, Esq. (Bar No. 190641)
Maggie E. Schroedter, Esq. (Bar No.270377)
Lane C. Hilton, Esq. (Bar No. 314892)
Robberson Schroedter LLP
501 West Broadway, Suite 1260, San Diego, CA
92101 (619) 353-5691

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC<br>Debtor. | BANKRUPTCY NO. 25-01107-CL7 |
| Steven Alper<br>Moving Party | RS NO. LCH-1 |
| Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC; Ronald E. Stadtmueller, Ch. 7 Trustee<br>Respondent(s) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

☐ **REAL PROPERTY** ☑ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☑ 7 ☐ 11 ☐ 12 ☐ 13 was filed on 3/24/2025.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: Ronald E. Stadtmueller
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   c. ☐ *(Optional)* Prior Filing Information:
   Debtor has previously filed a Bankruptcy Petition on:_______________.
   If applicable, the prior case was dismissed on:____________________.
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on_______________or a confirmation hearing is set for_________________.

Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

   c. Legal description of property is attached as Exhibit A.

d. If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

e. *Fair market value of property as set forth in the Debtor's schedules: $____________________________.

f. *Nature of Debtor's interest in the property:

2. ☑ The following personal property is the subject of this Motion *(describe property)*:
Steven Alper v. Pacifica SL Encinitas, LP, et al. case no. 37-2024-00020969-CU-PO-CTL

a. Fair market value of property as set forth in the Debtor's schedules: $____________________________.

b. Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $________________.

4. *Nature of Movant's interest in the property:

5. *Status of Movant's loan:
a. Balance owing on date of Order for Relief: $________________
b. Amount of monthly payment: $________________
c. Date of last payment: ________________
d. If real property,
i. Date of default: ________________
ii. Notice of Default recorded on: ________________
iii. Notice of Sale published on: ________________
iv. Foreclosure sale currently scheduled for: ________________
e. If personal property,
i. Pre-petition default: $________________ No. of months:________________
ii. Post-petition default: $________________ No. of months:________________

6. *(If Chapter 13 Case, state the following:)*
a. Date of post-petition default: ________________
b. Amount of post-petition default: $________________

7. Encumbrances:
a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | | | | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 0.00 | $ 0.00 | | $ 0.00 | |

b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).

8. Relief from the automatic stay should be granted because:

a. ☐ Movant's interest in the property described above is not adequately protected.

b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and this property is not necessary to an effective reorganization.

c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _______ days as ordered by this court) have passed since entry of the order for relief in this case, and

i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

ii. the Debtor/Trustee has

(1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

(2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

d. ☑ *Other cause exists as follows *(specify)*: ☑ See attached page.

Cause exists under 11 U.S.C. § 362(d)(1). Please see accompanying Memorandum of Points and Authorities in support of Motion For Relief From Stay.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☑ Other relevant evidence:

Declaration of Brett Norris and Exhibits A-B in support of Motion For Relief From Stay.

2. ☑ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

Please see accompanying Memorandum of Points and Authorities in support of Motion For Relief From Stay.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑ Relief as requested.

☑ Other:

Any order granting this Motion be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code. Waiver of 14-day stay per Rule 4001(a)(3).

Dated: April 28, 2025

/s/ Lane C. Hilton
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).