**FENNEMORE LLP**
Gary B. Rudolph, SBN 101921
James P. Hill, SBN 90478
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Ste. 1700
San Diego, CA 92101
Tel.: (619) 233-4100; Fax: (619) 231-4372
grudolph@fennemorelaw.com;
jhill@fennemorelaw.com;
kcashman-kramer@fennemorelaw.com

Counsel for Ronald E. Stadtmueller, Chapter 7
Trustee

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| In re: | Case No. 25-01107-CL7 |
| Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC,<br><br>Debtor | Chapter 7<br><br>[1]**AMENDED TRUSTEE'S STATUS REPORT RE CREDITOR MOSLEY'S MOTION TO DISMISS BANKRUPTCY CASE**<br><br>Date:      June 30, 2025<br>Time:      10:30 a.m.<br>Ctrm:      1<br>U.S. Bankruptcy Court<br>325 West "F" Street<br>San Diego, CA 92101-6991<br>Judge:      Chief Judge Christopher B. Latham presiding |

Ronald E. Stadtmueller, Chapter 7 Trustee ("Trustee") for the chapter 7 bankruptcy estate of Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC ("Pacifica") hereby submits his status report in response to the motion of Creditor Mosley to dismiss this case.

1.      The trustee has conducted several creditor meetings with the next one to occur on June 4, 2025, at 3:30 p.m.

2.      The trustee has requested numerous documents and information from the debtor and has received partial responses.

---

[1] No other changes have been made except RS: LCH-1 in the caption has been deleted.

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

51995095.1/535367.0387

3. The debtor has turned over and paid the trustee $857,498 as payment for the account receivable listed on Schedule A/B 11 (ECF 20) as well as $37,970.25 as payment of a note receivable listed on Schedule A/B 70 (ECF 20) ( although there is still a question as to whether there are any more outstanding notes receivables since the debtor scheduled 4 notes receivables in Schedule A/B 70. The trustee is waiting for verification from the debtor as to the true information.) Also the trustee is in the process of liquidating the dinner ware listed in Schedule A/B 21 (ECF 20).

4. However, all the property of the estate, including the payments listed above, are encumbered by 2 judgment liens listed in Amended Schedule D filed May 16, 2025 (ECF 52) as follows—Bettie Mosley ($28,000,000) and Scott Hargis ($6,318,207.06). The trustee is in the process of negotiating with counsel for the above judgment lien creditors regarding disposition of the funds collected and other property of the estate.

5. The trustee is also conferring with counsel for the judgment lien creditors regarding information as to the debtor's prepetition business operations and affiliations.

Accordingly, the trustee opposes any dismissal of this case.

Respectfully Submitted,

Dated: June 2, 2025

FENNEMORE LLP

By: _____

Gary B. Rudolph, Esq.
Kathleen A. Cashman-Kramer, Esq.
Counsel for Ronald E. Stadtmueller,
Chapter 7 Trustee