CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

FENNEMORE LLP
Gary B. Rudolph, SBN 101921
James P. Hill, SBN 90478
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Ste. 1700, San Diego, CA 92101
Tel.: (619) 233-4100; Fax: (619) 231-4372
grudolph@fennemorelaw.com
Counsel for Ronald E. Stadtmueller, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC, | Debtor(s) | BANKRUPTCY NO. 25-01107-CL7 |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendant(s) | |

# PROOF OF SERVICE

I, Liz L. James, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On June 2, 2025, I served the following documents:

AMENDED TRUSTEE'S STATUS REPORT RE CREDITOR MOSLEY'S MOTION TO DISMISS BANKRUPTCY CASE

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

See Attached Electronic Mail Notice List

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

FENNEMORE LLP

Executed on    June 2, 2025             Liz L. James /s/Liz L. James
                    (Date)                      (Typed Name and Signature)

                                        600 B Street, Suite 1700
                                              (Address)

                                        San Diego, CA 92101
                                         (City, State, ZIP Code)

# Mailing Information for Case 25-01107-CL7

## Electronic Mail Notice List

- **Martin A. Eliopulos**  elio@higgslaw.com, begaym@higgslaw.com
- **Craig D. Fuller**  cfuller@fullerlawgroup.co
- **Lane C Hilton**  lane@theRSfirm.com, amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com,ecf@theRSfirm.com
- **Lawrence J Hilton**  lhilton@onellp.com, lthomas@onellp.com,info@onellp.com,vsoriano@onellp.com,nlichtenberger@onellp.com
- **Mary Robberson**  mary@thersfirm.com
- **Kevin Ronk**  Kevin@portilloronk.com, Karen@cym.law,eservice@cym.law,aileen@cym.law;Attorneys@portilloronk.com
- **Gary B. Rudolph**  grudolph@fennemorelaw.com, kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- **Daren M Schlecter**  daren@schlecterlaw.com
- **Ronald E. Stadtmueller**  ecfstadt@aol.com, ecfstadt2@aol.com,res@trustesolutions.net
- **United States Trustee**  ustp.region15@usdoj.gov