**CSD 1159A** [07/01/18]

| Name, Address, Telephone No. & I.D. No.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>LEO A. BAUTISTA, SB# 149889<br>JULIE M. ROMERSA, SB# 341871<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800; Facsimile: 213.250.790 | Order Entered on<br>October 16, 2025<br>by Clerk U.S. Bankruptcy Court<br>Southern District of California |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re    Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC,<br><br>Debtor(s) | BANKRUPTCY NO.   25-01107-CL7 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP,<br><br>Movant(s) | RS NO.  LBB-1 |
| v.  Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC, and Chapter 7 Trustee Ronald E. Stadtmueller,<br><br>Respondent(s) | Date of Hearing: [NA]<br>Time of Hearing: [NA]<br>Name of Judge:   Christopher B. Latham |

**ORDER ON**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The court orders as set forth on the continuation pages attached and numbered 2  through 2 with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. 153 .

//

//

//

//

//

DATED:    October 16, 2025

_Christopher B. Latham_
Judge, United States Bankruptcy Court

CSD 1159A [07/01/18]

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
DEBTOR: Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC   CASE NO.: 25-01107-CL7
RS NO.: LBB-1

LEWIS BRISBOIS BISGAARD & SMITH LLP's ("Lewis Brisbois" or "Movant") MOTION FOR RELIEF FROM AUTOMATIC STAY [Docket Entry No. 153, filed and served on 09/26/2025] (the "Motion") came before the Honorable Christopher B. Latham, Chief Bankruptcy Judge for the United States Bankruptcy Court, Southern District of California. No opposition to the Motion and no request and notice of hearing on the Motion was filed with the Court or served.

The Court, having reviewed the Motion and its supporting declaration attached to the Motion, and having reviewed the NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY [Docket Entry No. 155, filed and served on 09/26/2025] (the "Notice"), and no opposition to the Motion and no request and notice of hearing on the Motion having been filed with the Court and served,

THE COURT HEREBY ORDERS:

1. The Motion is GRANTED;

tcl

2. The automatic stay of 11 U.S.C. § 362 is terminated as to Lewis Brisbois and its attorneys pursuant to 11 U.S.C. § 362(d)(1) as to the Debtor Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC (the Debtor) and the bankruptcy estate (the Bankruptcy Estate) for the limited purpose of seeking leave to withdraw as counsel of record for the Debtor in the following matters:

a. Scott Hargis, d/b/a Scott Hargis Photo v. Pacifica Senior Living Management LLC et al. in the United States District Court for the Central District of California (Western Division), Case No. 2:22-cv-06989-MCS-PD (the Copyright Case); and

b. Scott Hargis v. Pacifica Senior Living Management, LLC et al. in the United States Court of Appeals for the Ninth Circuit, Case No. 24-3668 (the Copyright Appeal).

3. The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived so that this courts order is immediately effective and enforceable upon entry.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham October 16, 2025