# Notice Recipients

District/Off: 0974–3   User: Admin.   Date Created: 10/16/2025
Case: 25–01107–CL7   Form ID: pdfO1   Total: 5

**Recipients of Notice of Electronic Filing:**
tr   Ronald E. Stadtmueller   ecfstadt@aol.com
aty  Christopher S. Skinner   CSkinner@RossLLP.com
aty  Gary B. Rudolph   grudolph@fennemorelaw.com
aty  Martin A. Eliopulos   elio@higgslaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC   1775 Hancock St., Ste. 200   San Diego, CA 92110

TOTAL: 1