ROSS, WOLCOTT, TEINERT & PROUT LLP
3151 Airway Avenue, Building E
Costa Mesa, California 92626
ANDREW G. PROUT, Bar No. 287325
CHRISTOPHER S. SKINNER, Bar No. 342830
Tel: (714) 444-3900
AGP@RossLLP.com
CSkinner@RossLLP.com

Special Counsel for Plaintiff Ronald E. Stadtmueller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| In re:<br><br>Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC,<br><br>        Debtor. | Case No. 25-01107-CL7<br><br>Chapter 7<br><br>**DECLARATION OF CHRISTOPHER S. SKINNER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR PRODUCTION OF DOCUMENTS BY U.S. BANK NATIONAL ASSOCIATION AND BANK OF AMERICA, N.A.**<br><br>Dept:    1<br>          U.S. Bankruptcy Court<br>          325 West "F" Street<br>          San Diego, CA 92101-6991<br>Judge:  Hon. Christopher B. Latham |

1     I, Christopher S. Skinner, declare as follows:

2     1.     My firm Ross, Wolcott, Teinert & Prout LLP serves as special counsel to Ronald Stadtmueller, Chapter 7 Trustee for Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC. I have personal knowledge of the facts set forth in this declaration except those allegations presented on information and belief and, if called and sworn as a witness, I would be competent to testify to the information contained herein.

    2.     I make this declaration in support of the Ex Parte Application ("Application") to the Court for an order permitting the Trustee, under Rule 2004 of the Federal Rules of Bankruptcy Procedure, authorizing the issuance of a subpoenas to U.S. Bank National Association and Bank of America, N.A.

    3.     On January 28, 2026, in response to our prior subpoena, my firm received a production of documents from US Bank. This production consisted of the Debtor's bank statements and all checks deposited into the Debtor's bank account since 2021.

    4.     US Bank's production revealed that the checks deposited into the Debtor's bank account almost entirely consist of checks from the senior living communities managed by Debtor. Each check was signed by Deepak Israni and the address on the checks from each senior living community was 1775 Hancock St., San Diego, CA. All but three of the senior living communities have bank accounts with U.S. Bank. The other three senior living communities have accounts with Bank of America. A true and correct copy of a check from one of the senior living communities that banks with U.S. Bank is attached hereto as **Exhibit A.** This check is from Pacifica East Lake LLC and is dated June 6, 2022. Because this document is being filed on the public docket, the account number and routing number are redacted. A true and correct copy of a check from one of the senior living communities that banks with Bank of America is attached hereto as **Exhibit B**. This check is from HSRE Pacifica Hillsborough TRS LLC and is dated April 27, 2021.

- 2 -

Because this document is being filed on the public docket, the account number and routing number are redacted.

5.  The document requests attached to the subpoenas to U.S. Bank and Bank of America are redacted because each request contains the account number for the bank accounts of each senior living community. Because the account numbers constitute sensitive banking information, they are redacted in the document filed on the public docket. When the subpoenas are served on U.S. Bank and Bank of America, the account numbers will be unredacted.

Executed this 13th day of February, 2026, at Costa Mesa, California, under penalty of perjury pursuant to the laws of the United States of America.

                                                */s/ Christopher S. Skinner*
                                                Christopher S. Skinner

# Exhibit A

**Pacifica East Lake LLC**
1775 Hancock St., Ste. 200
San Diego, CA 92110

US Bank
1420 Kettner Blvd., 7th Fl.
San Diego

197

06/06/2022

PAY  **** FOUR HUNDRED FORTY SIX AND 58/100 DOLLARS

TO THE ORDER OF

*Void after 240 days!*

$446.58*****

Pacifica Senior Living Management LLC
1775 Hancock Street
San Diego, CA  92110

Chelsea
20220615                    446.58

Chelsea Jones
EP-MN-O1LG

# Exhibit B

**HSRE Pacifica Hillsborough TRS LLC**
1775 Hancock Street, Ste 200
San Diego, CA 92110

Bank of America

1594

04/27/2021

PAY **** TWO HUNDRED THIRTEEN AND 46/100 DOLLARS

TO THE ORDER OF

Void after 240 days!

$213.46*****

Pacifica Senior Living Management LLC
1775 Hancock Street
San Diego, CA  92110

Chelsea
20210512                213.46

Chelsea Jones
EP-MN-O1LG