CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

ROSS, WOLCOTT, TEINERT & PROUT LLP
3151 Airway Avenue, Building E
Costa Mesa, California 92626
ANDREW G. PROUT, Bar No. 287325
CHRISTOPHER S. SKINNER, Bar No. 342830
Tel: (714) 444-3900
AGP@RossLLP.com; CSkinner@RossLLP.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re PACIFICA SENIOR LIVING LLC DBA PACIFICA SENIOR LIVING MANAGEMENT LLC,

Debtor(s)

BANKRUPTCY NO. 25-01107-CL7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _Maxine Pak_ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _February 13, 2026_, I served the following documents:
1. Ex Parte Application for Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedure for Production of Documents by U.S. Bank National Association and Bank of America, N.A.
2. Declaration of Christopher S. Skinner in Support of Ex Parte Application for Order Under Rule 2004 of the Federal Rules of Bankruptcy Procedure for Production of Documents by U.S. Bank National Association and BAnk of America, N.A.
3. Declaration of Trustee Ronald E. Stadtmueller in Support of Ex Parte Application for Order Under Rule 2004 of The Federal Rules of Bankruptcy Procedure for Production of Documents by U.S. Bank National Association and Bank of America, N.A.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _February 13, 2026_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

(SEE ATTACHED NEF SERVICE LIST)

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On  February 13, 2026  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Daniel Tafoya, Jr
High Stakes Injury Law
320 S. Jones Blvd.
Las Vegas, NV 89107

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  February 13, 2026        /s/ Maxine Pak
            (Date)                    (Typed Name and Signature)

                                      3151 Airway Avenue, Building E
                                      (Address)

                                      Costa Mesa, CA 92626
                                      (City, State, ZIP Code)

## NEF SERVICE LIST

- **Vincent J. Bledsoe**    vincent@bighornlg.com
- **Kathleen A. Cashman-Kramer**    kcashman-kramer@fennemorelaw.com, cashman-kramer@ecf.courtdrive.com; rudolph@ecf.inforuptcy.com; grudolph@fennemorelaw.com; ejames@fennemorelaw.com; ldinkins@fennemorelaw.com; jhill@fennemorelaw.com; lgubba-reiner@fennemorelaw.com
- **MacKayla Class**    mackayla.class@doj.ca.gov
- **Kevin S. Conlogue**    kevin@loksc.com, Info@loksc.com
- **Martin A. Eliopulos**    elio@higgslaw.com, begaym@higgslaw.com
- **Craig D. Fuller**    cfuller@fullerlawgroup.co
- **Thomas B. Gorrill**    tom@gorillalaw.com, LawOfficeofThomasGorrill@jubileebk.net
- **Lane C Hilton**    lane@theRSfirm.com, amy@theRSfirm.com, 5030583420@filings.docketbird.com, 4634112420@filings.docketbird.com, ecf@theRSfirm.com
- **Lawrence J Hilton**    lhilton@onellp.com, lthomas@onellp.com, info@onellp.com, vsoriano@onellp.com, nlichtenberger@onellp.com
- **Andrew Moher**    amoher@moherlaw.com, jgarcia@moherlaw.com; andrew-moher-8338@ecf.pacerpro.com
- **Alan Myers**    amcpa53@gmail.com
- **Andrew Giovanni Prout**    agp@rossllp.com
- **Mary Robberson**    mary@thersfirm.com
- **Julie M Romersa**    julie.romersa@lewisbrisbois.com
- **Kevin Ronk**    Kevin@portilloronk.com, Karen@cym.law, eservice@cym.law, aileen@cym.law; Attorneys@portilloronk.com
- **Gary B. Rudolph**    grudolph@fennemorelaw.com, kcashman-kramer@fennemorelaw.com; jhill@fennemorelaw.com; ejames@fennemorelaw.com; lgubba-reiner@fennemorelaw.com; vidovich@ecf.inforuptcy.com; rudolph@ecf.inforuptcy.com
- **Daren M Schlecter**    daren@schlecterlaw.com
- **Christopher S. Skinner**    CSkinner@RossLLP.com, mpak@rossllp.com
- **Ronald E. Stadtmueller**    ecfstadt@aol.com, ecfstadt2@aol.com, res@trustesolutions.net
- **United States Trustee**    ustp.region15@usdoj.gov