**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

ROSS, WOLCOTT, TEINERT & PROUT LLP

3151 Airway Avenue, Building E

Costa Mesa, California 92626

ANDREW G. PROUT, Bar No. 287325

CHRISTOPHER S. SKINNER, Bar No. 342830

Tel: (714) 444-3900

AGP@RossLLP.com; CSkinner@RossLLP.com

**Order Entered on**
February 18, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | |
|---|---|
| Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC | BANKRUPTCY NO. 25-01107-CL7 |
| | Date of Hearing: N/A |
| | Time of Hearing: N/A |
| Debtor. | Name of Judge: Hon. Christopher B. Latham |

## ORDER ON

**EX PARTE APPLICATION FOR ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR PRODUCTION OF DOCUMENTS BY U.S. BANK NATIONAL ASSOCIATION AND BANK OF AMERICA, N.A.**

The court orders as set forth on the continuation pages attached and numbered ___3___ through ___30___ with

exhibits, if any, for a total of ___30___ pages. Motion/Application Docket Entry No. ___207___ .

//

//

//

//

//

//

//

DATED: February 17, 2026

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER ON   EX PARTE APPLICATION FOR ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR
PRODUCTION OF DOCUMENTS BY U.S. BANK NATIONAL ASSOCIATION AND BANK OF AMERICA, N.A.

DEBTOR:   Pacifica Senior Living LLC dba Pacifica Senior Living          CASE NO: 25-01107-CL7

The Court having considered the ex parte application ("Application") of Chapter 7 Trustee Ronald E. Stadtmueller for
production of documents under Rule 2004 of the Federal Rules of Bankruptcy Procedure from U.S. Bank National
Association ("U.S. Bank") and Bank of America, N.A ("Bank of America") found that good and sufficient cause exists for
granting the Application; it appearing that the relief requested is in the best interests of the estate, its creditors, and
other parties in interest; it appearing that notice of the Application was adequate and proper under the circumstances of
this case; and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application is granted in its entirety. The Trustee is authorized to issue the
subpoena in substantially the form attached to this Order as Attachment "A" for the production of the requested
documents for U.S. Bank and the subpoena in substantially the form attached to this Order as Attachment "B" for the
production of the requested documents for Bank of America, on the terms set forth in the Application. Such subpoenas
shall be served not less than 21 days prior to the date set for production of documents. The parties are hereby directed
to comply with the terms of the Subpoenas.

IT IS FURTHER ORDERED that, to the extent that U.S. Bank or Bank of America objects to the time, place, and/or
scope of the production, the Trustee shall make reasonable efforts to stipulate to an alternative time, place, and/or
scope.

IT IS SO ORDERED.

CSD 1001A

Signed by Judge Christopher B. Latham February 17, 2026

# Attachment "A"

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ Southern _____ District of _____ California _____

In re Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC
_____
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 25-01107-CL7_____

Chapter 7_____

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: U.S. BANK NATIONAL ASSOCIATION
_____
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| PLACE | DATE AND TIME |
|---|---|
| Ross, Wolcott, Teinert & Prout LLP, 3151 Airway Ave., Building E, Costa Mesa, CA 92626 | March 13, 2026 |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/13/26_____

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Ronald A. Stadtmueller, Trustee_____ , who issues or requests this subpoena, are:
Christopher S. Skinner; Ross, Wolcott, Teinert & Prout LLP, 3151 Airway Ave., Bldg. E, Costa Mesa, CA 92626; cskinner@rossllp.com; 714-444-3900

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

 My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


        I declare under penalty of perjury that this information is true and correct.

Date: _____

                                                    _____
                                                                    *Server's signature*

                                                    _____
                                                                   *Printed name and title*

                                                    _____
                                                                     *Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
   (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
   *(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   *(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
   *(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   *(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or

      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   *(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   *(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   *(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   *(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   *(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
   *(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

ATTACHMENT TO SUBPOENA TO U.S. BANK NATIONAL ASSOCIATION
In re Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC
Chapter 7 Case No. 25-01107-CL7
Ronald E. Stadtmueller, Chapter 7 Trustee

## I. **DEFINITIONS**

As used herein, the following terms are defined as follows:

1. "All" should be construed to include the collective as well as the singular and shall mean "each," "any," and every."
2. "Any" shall be construed to mean "any and all."
3. "Communication" means, without limitation, oral or written communications of any kind, such as electronic communications, e-mails, facsimiles, telephone communications, correspondence, exchange or written or recorded information, or face-to-face meetings. The phrase "communication between" is defined to include instances where one party addresses the other party, but the other party does not necessarily respond
4. "Concerning" means relating to, referring to, describing, discussing, evidencing or constituting.
5. "Document" or "writing" means without limitation, the original and all non-identical copies of all items subject to discovery under the Federal Rules of Civil Procedure. These terms are defined as set forth in Fed. R. Civ. P. 34(a) and Fed. R. Evid. 1001, respectively, and include, without limitation, letters, correspondence, memoranda, legal pleadings, calendars, diaries, travel records, summaries, records of telephone conversations, telegrams, notes, reports, compilations, notebooks, work papers, graphs, charts, blueprints, books, pamphlets, brochures, circulars, manuals, instructions, ledgers, photographs, videotapes, audiotapes, film and sound reproductions, e-mails, internal or external web sites, compact discs, computer files and disks, sales, advertising and promotional literature, agreements, stored recordings, minutes or other records of meetings, all written or graphic records or representations of any kind, and all mechanical or electronic data, records or representations of any kind, and all mechanical or electronic data, records or representations of any kind, and all mechanical or electronic data (as defined below), records or representations of any kind, and any and
6. "Electronic data" includes, without limitation, the following:
   a. activity listings of electronic mail receipts or transmittals;
   b. native files with all metadata intact;
   c. static images of electronic documents and data in Tagged Image File Format ("TIFF") or Portable Document Format ("PDF") together with

load files; output resulting from the use of any software program, including, without limitation, word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, AOL Instant MessengerTM (or similar program) or bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether said electronic data exists in an active file, a deleted file, or file fragment; and

   d. any and all items stored on computer memories, hard disks, floppy disks, CD-ROM, magnetic tape, microfiche, or in any other vehicle for digital data storage or transmittal, such as, but not limited to, a personal digital assistant, *e.g.,* iPad, iPhone, Blackberry, or similar device, and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all documents requested herein.

7. "Including" is used to emphasize certain types of documents requested and should not be construed as limiting the request in any way.

8. "Or" and "and" should be construed as to require the broadest possible response. If, for example, a request calls for information about "A or B" or "A and B," you should produce all information about A and all information about B, as well as all information about A and B collectively. In other words, "or" and "and" should be read as "or."

9. "Person" means, without limitation, any natural person, corporation, partnership, limited liability company, proprietorship, joint venture, association, firm, trust, government entity, group or other form of legal entity.

10. "Relating to," "referring to," "regarding," or "with respect to" mean, without limitation, implicitly or explicitly, the following concepts: discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting or otherwise involving, in whole or in part.

11. "Debtor" refers to Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC and its agents, officers, directors, members, attorneys, and anyone acting on its behalf.

12. "YOU" or "YOUR" refers to U.S. Bank National Association and its agents, officers, directors, members, attorneys, and anyone acting on its behalf.

# II. <u>INSTRUCTIONS</u>

1. In producing documents and other materials, YOU are to furnish all documents or things in YOUR possession, custody, or control regardless of whether such documents or materials are possessed directly by YOU or YOUR employees, agents, parent company(ies), subsidiaries, affiliates, investigators or by YOUR attorneys or their employees, agents, or investigators.

2. All documents shall be produced in the same order as they are kept or maintained by you in the ordinary course of your business, or you must organize and label each document so as to correspondence with the categories in this request. All documents shall be produced in the file folder, envelope, or other container in which the documents are kept or maintained. If for any reason the container cannot be produced, you should produce copies of all labels or other identifying marks which may be present on the container.

3. Documents shall be produced in such fashion as to identify the department, branch, or office in whose possession they were located and, where applicable, the natural person in whose possession they were found and the business address of each  document(s) custodian(s).

4. Documents attached to one another should not be separated. If any portion of any document is responsive to any portion of the document requests below, then the entire document must be produced.

5. If a document once existed and subsequently has been lost, destroyed, or is otherwise missing, you should provide sufficient information to identify the document and state, in writing, the details, including whether the document:
   a. is lost or missing;
   b. has been destroyed and, if so, by whom and at whose request;
   c. has been transferred or delivered, voluntarily or involuntarily, to another person or entity and at whose request; and/or
   d. has been otherwise disposed of, stating the manner of disposition.

6. In each instance in which a document once existed and subsequently is lost, missing, destroyed, or otherwise disposed of, explain the circumstances surrounding the disposition of the document, including, but not limited to:
   a. the identity of the person or entity who last possessed the document;
   b. the date or approximate date of the document's disposition; and
   c. the identity of all persons who have or had knowledge of the document's contents.

7. If any document responsive to any of these requests is privileged, and the document or any portion of the document requested is withheld based on a

claim of privilege, provide a statement of the claim of privilege and all facts relied upon in support of that claim, including the following information:

  a. the reason for withholding the document;
  b. the date of such communication;
  c. the medium of such communication;
  d. the general subject matter of such communication (such description shall not be considered a waiver of your claimed privilege);
  e. the identity of any document that was the subject of such communication and the present location of any such document;
  f. the identity of the persons involved in such communication;
  g. the identity of any document which records, refers, or relates to such communication and present location of any such document; and
  h. the paragraph or paragraphs of thee requests for production of documents to which such information is responsive.

8. Each document requested herein should be produced in its entirety and without deletion, redaction, or excision, except as qualified by Instruction 7 above, regardless of whether you consider the entire document or only part of it to be relevant or responsive to these document requests. If you have redacted any portion of a document, stamp the word "REDACTED" beside the redacted information on each page of the document which you have redacted. Any redaction to documents produced should be identified in accordance with Instruction 7 above.

9. All documents produced shall be numbered sequentially and numbered on each page.

10. Documents not otherwise responsive to any of the discovery request herein must be produced if such documents mention, discuss, refer to, or explain one or more documents called for by these requests, or are attached to a document called for by these requests.

11. If in responding these requests you claim any ambiguity in interpreting a request or a definition or instruction applicable thereto, such claim shall not be utilized by you as a basis for refusing to produce responsive documents, but there shall be set forth as part of your response the language deemed to be ambiguous, and the interpretation chosen or used in responding to the request.

12. Each paragraph and subparagraph of these requests should be construed independently, and no other paragraph or subparagraph shall be referred to or relied on for the purpose of limiting the scope of any request.

## III.    <u>**DOCUMENTS TO BE PRODUCED**</u>

1.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

2.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

3.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

4.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

5.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

6.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

7.    Copies of all bank statements since January 1, 2020 for US Bank Account 1████████.

8.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

9.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

10.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

11.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

12.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

13.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

14.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

15.    Copies of all bank statements since January 1, 2020 for US Bank Account ████████.

16.    Copies of all checks since January 1, 2020 deposited into US Bank Account ████████.

17.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

18.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

19.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

20.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

21.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

22.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

23.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

24.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

25.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

26.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

27.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

28.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

29.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

30.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

31.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

32.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

33.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

34.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

35.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

36.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

37.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

38.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

39.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

40.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

41.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

42.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

43.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

44.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

45.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

46.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

47.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

48.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

49.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

50.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

51.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

52.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

53.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

54.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

55.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

56.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

57.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

58.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

59.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

60.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

61.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

62.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

63.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

64.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

65.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

66.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

67.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

68.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

69.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

70.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

71.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

72.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

73.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

74.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

75.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

76.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

77.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

78.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

79.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

80.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

81.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

82.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

83.     Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

84.     Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

85.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

86.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

87.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

88.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

89.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

90.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

91.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

92.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

93.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

94.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

95.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

96.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

97.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

98.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

99.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

100.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

101.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

102.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

103.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

104.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

105.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

106.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

107.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

108.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

109.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

110.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

111.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

112.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

113.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

114.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

115.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

116.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

117.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

118.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

119.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

120.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

121.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

122.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

123.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

124.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

125.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

126.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

127.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

128.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

129.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

130.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

131.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

132.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

133.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

134.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

135.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

136.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

137.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

138.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

139.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

140.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

141.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

142.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

143.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

144.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

145.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

146.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

147.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

148.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

149.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

150.   Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

151.   Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

152.   Copies of all checks since January 1, 2020 deposited into for US Bank Account ███████████.

153.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

154.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

155.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

156.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

157.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

158.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

159.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

160.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

161.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

162.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

163.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

164.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

165.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

166.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

167.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

168.    Copies of all checks since January 1, 2020 deposited into US Bank Account ███████████.

169.    Copies of all bank statements since January 1, 2020 for US Bank Account ███████████.

170.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

171.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

172.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

173.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

174.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

175.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

176.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

177.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

178.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

179.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

180.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

181.    Copies of all bank statements since January 1, 2020 for US Bank Account ██████████.

182.    Copies of all checks since January 1, 2020 deposited into US Bank Account ██████████.

# Attachment "B"

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ Southern _____   District of _____ California _____

In re  Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC
_____
Debtor

*(Complete if issued in an adversary proceeding)*

_____

_____
Plaintiff

v.

_____
Defendant

Case No.  25-01107-CL7 _____

Chapter  7 _____

Adv. Proc. No.  _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  BANK OF AMERICA, N.A.
_____
*(Name of person to whom the subpoena is directed)*

☒ *Production*:  **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| PLACE | DATE AND TIME |
|---|---|
| Ross, Wolcott, Teinert & Prout LLP, 3151 Airway Ave., Building E, Costa Mesa, CA 92626 | March 13, 2026 |

☐ *Inspection of Premises*:  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  2/13/26 _____

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
 Ronald A. Stadtmueller, Trustee _____ ,  who issues or requests this subpoena, are:
 Christopher S. Skinner; Ross, Wolcott, Teinert & Prout LLP, 3151 Airway Ave., Bldg. E, Costa Mesa, CA 92626; cskinner@rossllp.com; 714-444-3900

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

Signed by Judge Christopher B. Latham February 17, 2026

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

       I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

---

Signed by Judge Christopher B. Latham February 17, 2026

ATTACHMENT TO SUBPOENA TO BANK OF AMERICA, N.A.

In re Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC

Chapter 7 Case No. 25-01107-CL7

Ronald E. Stadtmueller, Chapter 7 Trustee

# I. <u>DEFINITIONS</u>

As used herein, the following terms are defined as follows:

1. "All" should be construed to include the collective as well as the singular and shall mean "each," "any," and every."
2. "Any" shall be construed to mean "any and all."
3. "Communication" means, without limitation, oral or written communications of any kind, such as electronic communications, e-mails, facsimiles, telephone communications, correspondence, exchange or written or recorded information, or face-to-face meetings. The phrase "communication between" is defined to include instances where one party addresses the other party, but the other party does not necessarily respond
4. "Concerning" means relating to, referring to, describing, discussing, evidencing or constituting.
5. "Document" or "writing" means without limitation, the original and all non-identical copies of all items subject to discovery under the Federal Rules of Civil Procedure. These terms are defined as set forth in Fed. R. Civ. P. 34(a) and Fed. R. Evid. 1001, respectively, and include, without limitation, letters, correspondence, memoranda, legal pleadings, calendars, diaries, travel records, summaries, records of telephone conversations, telegrams, notes, reports, compilations, notebooks, work papers, graphs, charts, blueprints, books, pamphlets, brochures, circulars, manuals, instructions, ledgers, photographs, videotapes, audiotapes, film and sound reproductions, e-mails, internal or external web sites, compact discs, computer files and disks, sales, advertising and promotional literature, agreements, stored recordings, minutes or other records of meetings, all written or graphic records or representations of any kind, and all mechanical or electronic data, records or representations of any kind, and all mechanical or electronic data, records or representations of any kind, and all mechanical or electronic data (as defined below), records or representations of any kind, and any and
6. "Electronic data" includes, without limitation, the following:
   a. activity listings of electronic mail receipts or transmittals;
   b. native files with all metadata intact;
   c. static images of electronic documents and data in Tagged Image File Format ("TIFF") or Portable Document Format ("PDF") together with

load files; output resulting from the use of any software program, including, without limitation, word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, AOL Instant MessengerTM (or similar program) or bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether said electronic data exists in an active file, a deleted file, or file fragment; and

    d.  any and all items stored on computer memories, hard disks, floppy disks, CD-ROM, magnetic tape, microfiche, or in any other vehicle for digital data storage or transmittal, such as, but not limited to, a personal digital assistant, *e.g.,* iPad, iPhone, Blackberry, or similar device, and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all documents requested herein.

7.  "Including" is used to emphasize certain types of documents requested and should not be construed as limiting the request in any way.

8.  "Or" and "and" should be construed as to require the broadest possible response. If, for example, a request calls for information about "A or B" or "A and B," you should produce all information about A and all information about B, as well as all information about A and B collectively. In other words, "or" and "and" should be read as "or."

9.  "Person" means, without limitation, any natural person, corporation, partnership, limited liability company, proprietorship, joint venture, association, firm, trust, government entity, group or other form of legal entity.

10. "Relating to," "referring to," "regarding," or "with respect to" mean, without limitation, implicitly or explicitly, the following concepts: discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting or otherwise involving, in whole or in part.

11. "Debtor" refers to Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC and its agents, officers, directors, members, attorneys, and anyone acting on its behalf.

12. "YOU" or "YOUR" refers to Bank of America, N.A., and its agents, officers, directors, members, attorneys, and anyone acting on its behalf.

## II. <u>INSTRUCTIONS</u>

1.  In producing documents and other materials, YOU are to furnish all documents or things in YOUR possession, custody, or control regardless of whether such documents or materials are possessed directly by YOU or YOUR employees, agents, parent company(ies), subsidiaries, affiliates, investigators or by YOUR attorneys or their employees, agents, or investigators.

2.  All documents shall be produced in the same order as they are kept or maintained by you in the ordinary course of your business, or you must organize and label each document so as to correspondence with the categories in this request. All documents shall be produced in the file folder, envelope, or other container in which the documents are kept or maintained. If for any reason the container cannot be produced, you should produce copies of all labels or other identifying marks which may be present on the container.

3.  Documents shall be produced in such fashion as to identify the department, branch, or office in whose possession they were located and, where applicable, the natural person in whose possession they were found and the business address of each  document(s) custodian(s).

4.  Documents attached to one another should not be separated. If any portion of any document is responsive to any portion of the document requests below, then the entire document must be produced.

5.  If a document once existed and subsequently has been lost, destroyed, or is otherwise missing, you should provide sufficient information to identify the document and state, in writing, the details, including whether the document:
    a.  is lost or missing;
    b.  has been destroyed and, if so, by whom and at whose request;
    c.  has been transferred or delivered, voluntarily or involuntarily, to another person or entity and at whose request; and/or
    d.  has been otherwise disposed of, stating the manner of disposition.

6.  In each instance in which a document once existed and subsequently is lost, missing, destroyed, or otherwise disposed of, explain the circumstances surrounding the disposition of the document, including, but not limited to:
    a.  the identity of the person or entity who last possessed the document;
    b.  the date or approximate date of the document's disposition; and
    c.  the identity of all persons who have or had knowledge of the document's contents.

7.  If any document responsive to any of these requests is privileged, and the document or any portion of the document requested is withheld based on a

claim of privilege, provide a statement of the claim of privilege and all facts relied upon in support of that claim, including the following information:

    a.  the reason for withholding the document;

    b.  the date of such communication;

    c.  the medium of such communication;

    d.  the general subject matter of such communication (such description shall not be considered a waiver of your claimed privilege);

    e.  the identity of any document that was the subject of such communication and the present location of any such document;

    f.  the identity of the persons involved in such communication;

    g.  the identity of any document which records, refers, or relates to such communication and present location of any such document; and

    h.  the paragraph or paragraphs of thee requests for production of documents to which such information is responsive.

8. Each document requested herein should be produced in its entirety and without deletion, redaction, or excision, except as qualified by Instruction 7 above, regardless of whether you consider the entire document or only part of it to be relevant or responsive to these document requests. If you have redacted any portion of a document, stamp the word "REDACTED" beside the redacted information on each page of the document which you have redacted. Any redaction to documents produced should be identified in accordance with Instruction 7 above.

9. All documents produced shall be numbered sequentially and numbered on each page.

10. Documents not otherwise responsive to any of the discovery request herein must be produced if such documents mention, discuss, refer to, or explain one or more documents called for by these requests, or are attached to a document called for by these requests.

11. If in responding these requests you claim any ambiguity in interpreting a request or a definition or instruction applicable thereto, such claim shall not be utilized by you as a basis for refusing to produce responsive documents, but there shall be set forth as part of your response the language deemed to be ambiguous, and the interpretation chosen or used in responding to the request.

12. Each paragraph and subparagraph of these requests should be construed independently, and no other paragraph or subparagraph shall be referred to or relied on for the purpose of limiting the scope of any request.

### III.   <u>DOCUMENTS TO BE PRODUCED</u>

1.   Copies of all bank statements since January 1, 2020 for Bank of America Account ███████.

2.   Copies of all checks since January 1, 2020 deposited into Bank of America Account ███████.

3.   Copies of all bank statements since January 1, 2020 for Bank of America Account ███████.

4.   Copies of all checks since January 1, 2020 deposited into Bank of America Account ███████.

5.   Copies of all bank statements since January 1, 2020 for Bank of America Account ███████.

6.   Copies of all checks since January 1, 2020 deposited into Bank of America Account ███████.