# Notice Recipients

District/Off: 0974–3      User: Admin.      Date Created: 2/18/2026

Case: 25–01107–CL7      Form ID: pdfO1      Total: 26

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Ronald E. Stadtmueller | ecfstadt@aol.com |
| acc | Alan Myers | amcpa53@gmail.com |
| aty | Adam Charles Kocaj | adam@habbaspilaw.com |
| aty | Andrew Moher | amoher@moherlaw.com |
| aty | Christopher S. Skinner | CSkinner@RossLLP.com |
| aty | Craig D. Fuller | cfuller@fullerlawgroup.co |
| aty | Daren M Schlecter | daren@schlecterlaw.com |
| aty | Gary B. Rudolph | grudolph@fennemorelaw.com |
| aty | Julie M Romersa | julie.romersa@lewisbrisbois.com |
| aty | Kevin Ronk | Kevin@portilloronk.com |
| aty | Kevin S. Conlogue | kevin@loksc.com |
| aty | Lane C Hilton | lane@theRSfirm.com |
| aty | Lawrence J Hilton | lhilton@onellp.com |
| aty | MacKayla Class | mackayla.class@doj.ca.gov |
| aty | Martin A. Eliopulos | elio@higgslaw.com |
| aty | Mary Robberson | mary@thersfirm.com |
| aty | Thomas B. Gorrill | tom@gorillalaw.com |
| aty | Vincent J. Bledsoe | vincent@bighornlg.com |

TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Pacifica Senior Living LLC dba Pacifica Senior Living Management LLC | 1775 Hancock St., Ste. 200 | San Diego, CA 92110 |
| intp | Lillian Claypool   c/o Law Office of Daren M. Schlecter | 10866 Wilshire Blvd., Suite 1270 | Los Angeles, CA 90024 UNITED STATES |
| cr | Steven Alper   Robberson Schroedter LLP | 501 West Broadway, Suite 1260 | San Diego, CA 92101 UNITED STATES |
| cr | Albert Ferrer   2201 Sacramento Street | Unit 501 | San Francisco, CA 94115 |
| cr | California Department of Social Services   California Department of Social Services | 744 P Street | Sacramento, CA 95814 |
| cr | Mary Jo Lanahan   C/O Bighorn Legal Group   74399 Highway 111, Suite D | 74399 Highway 111, Suite D | Palm Desert, CA 92262 UNITED STATES |
| cr | Mary Ellen Huckins   Law Offices of Samer Habbas & Associates | 200 Spectrum Center Dr   1230 | Irvine, Ca 92618 UNITED STATES |
| aty | Daniel Tafoya, Jr   High Stakes Injury Law | 320 S. Jones Blvd. | Las Vegas, NV 89107 |

TOTAL: 8